**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **REALTIME DATA, LLC d/b/a/ IXO,** | § | |
| | § | |
| **Plaintiff,** | § | **No. 6:09cv333 LED-JDL** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **THOMSON REUTERS, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

| | | |
|---|---|---|
| **REALTIME DATA, LLC d/b/a/ IXO,** | § | |
| | § | |
| **Plaintiff,** | § | **No. 6:10cv247 LED-JDL** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **THOMSON REUTERS, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

| | | |
|---|---|---|
| **REALTIME DATA, LLC d/b/a/ IXO,** | § | |
| | § | |
| **Plaintiff,** | § | **No. 6:10cv425 LED-JDL** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **THOMSON REUTERS, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>NOTICE</u>

The Court has posted a standing order regarding summary judgment motions, motions to strike expert testimony/*Daubert* motions, motions *in limine*, exhibits and deposition designations that can be found on the Court's website.

**So ORDERED and SIGNED this 5th day of January, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE