**IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **REALTIME DATA, LLC d/b/a/ IXO,** § § § | **Civil Action No. 6:09-cv-333-LED-JDL** | |
| Plaintiff, § | | |
| vs. § § | **JURY TRIAL DEMANDED** | |
| **THOMSON REUTERS CORP., ET AL.,** § § | | |
| Defendants. § § | | |

| | | |
|---|---|---|
| **REALTIME DATA, LLC d/b/a/ IXO,** § § § | **Civil Action No. 6:09-cv-247-LED-JDL** | |
| Plaintiff, § | | |
| vs. § § | **JURY TRIAL DEMANDED** | |
| **THOMSON REUTERS CORP., ET AL.,** § § | | |
| Defendants. § § | | |

| | | |
|---|---|---|
| **REALTIME DATA, LLC d/b/a/ IXO,** § § § | **Civil Action No. 6:10-cv-425-LED-JDL** | |
| Plaintiff, § | | |
| vs. § § | **JURY TRIAL DEMANDED** | |
| **THOMSON REUTERS CORP., ET AL.,** § § | | |
| Defendants. § § | | |

**DEFENDANT BLOOMBERG, L.P.'S NOTICE OF COMPLIANCE**

Please take notice that pursuant to the Court's December 1, 2010 Amended Docket Control Order (Dkt. 240), on February 4, 2011, Defendant Bloomberg, L.P. served upon all parties its P.R. 3-3 Disclosures and complied with P.R. 3-4(b) as to the U.S. Patent No. 7,777,651.

2

Dated:   February 7, 2011                                    Respectfully submitted,

                 By: /s/ Elizabeth L. DeRieux
                  S. Calvin Capshaw
                  State Bar No. 03783900
                  Elizabeth L. DeRieux
                  State Bar No. 05770585
                  CAPSHAW DeRIEUX, L.L.P.
                  1127 Judson Road, Suite 220
                  P.O. Box 3999
                  Longview, Texas 75606-3999
                  Phone:  (903) 236-9800
                  Facsimile:  (903) 236-8787
                  Emial: ccapshaw@capshawlaw.com
                  Email:  ederieux@capshawlaw.corn

                  Of Counsel

                  John M. DiMatteo
                  Steven H. Reisberg
                  Ketan Pastakia
                  WILLKIE FARR & GALLAGHER LLP
                  787 Seventh Avenue
                  New York, New York  10019
                  Telephone: (212) 728-8000
                  Facsimile: (212) 728-8111

                  **ATTORNEYS FOR DEFENDANT**
                  **BLOOMBERG, L.P.**

### CERTIFICATE OF SERVICE

   The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of February, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

                  /s/ Elizabeth L. DeRieux
                  Elizabeth L. DeRieux