# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA, LLC d/b/a/ IXO,** § § | | |
| Plaintiff, § § | No. 6:09cv333 LED-JDL | |
| v. § § | **JURY TRIAL DEMANDED** | |
| **THOMSON REUTERS, ET AL.,** § § | | |
| Defendants. § § | | |
| **REALTIME DATA, LLC d/b/a/ IXO,** § § § | No. 6:10cv247 LED-JDL | |
| Plaintiff, § § | **JURY TRIAL DEMANDED** | |
| v. § § | | |
| **THOMSON REUTERS, ET AL.,** § § | | |
| Defendants. § § | | |
| **REALTIME DATA, LLC d/b/a/ IXO,** § § § | No. 6:10cv425 LED-JDL | |
| Plaintiff, § § | **JURY TRIAL DEMANDED** | |
| v. § § | | |
| **THOMSON REUTERS, ET AL.,** § § | | |
| Defendants. § | | |

## INTERACTIVE DATA CORPORATION'S NOTICE OF COMPLIANCE

Please take notice that Defendant and Counterclaim-Plaintiff Interactive Data Corporation served upon all parties its P.R. 3-3 Disclosures and P.R. 3-4(b) Document Production on February 4, 2011. These Disclosures address U.S. Patent No. 7,777,651.

2377051

Dated: February 7, 2011          Respectfully submitted,

By: */s/ Mark A. Kressel*
    Mark A. Kressel

    Benjamin W. Hattenbach (*pro hac vice*)
    Mark A. Kressel (*pro hac vice*)
    IRELL & MANELLA LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276
    Telephone:  (310) 277-1010
    Facsimile:  (310) 203-7199
    Email:  bhattenbach@irell.com
    Email:  mkressel@irell.com

    Elizabeth L. DeRieux (TX #05770585)
    CAPSHAW DeRIEUX, L.L.P.
    *Lead Attorney*
    1127 Judson Road, Suite 220
    P.O. Box 3999
    Longview, Texas 75606-3999
    Phone:  (903) 236-9800
    Facsimile:  (903) 236-8787
    Email:  ederieux@capshawlaw.com

*Counsel for Defendant and Counterclaim-Plaintiff Interactive Data Corporation*

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on February 7, 2011.  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                              */s/ Mark A. Kressel*
                              Mark A. Kressel