UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA, LLC d/b/a IXO, | ) | |
| | ) | |
| Plaintiff, | ) | CONSOLIDATED |
| | ) | CASE NOS.:  6:09-cv-333-LED |
| v. | ) | - and - |
| | ) | 6:10-cv-247-LED |
| THOMSON REUTERS CORPORATION, | ) | - and - |
| ET AL., | ) | 6:10-cv-425-LED |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE

Defendant FactSet Research Systems Inc. hereby notifies the Court that its P.R. 3-3 Disclosures and P.R. 3-4(b) Document Production have been served on all parties on February 4, 2011. These Disclosures address U.S. Patent No. 7,777,651.

Dated:  February 9, 2011

Respectfully submitted,

By: */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth, Esq.
State Bar No. 00784720
WILSON, ROBERTSON &
  CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, TX  75700
Tel:  (903) 509-5000
Fax:  (903) 509-5092
Email: jainsworth@wilsonlawfirm.com

Brian E. Moran, Esq. (pro hac vice)
ROBINSON & COLE LLP
Lead Attorney
1055 Washington Boulevard
Suite 900
Stamford, CT  06901-2249
Tel:  (203) 462-7512
Fax:  (203) 462-7599
Email:  bmoran@rc.com

*ATTORNEYS FOR DEFENDANT FACTSET RESEARCH SYSTEMS INC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this 9th day of February, 2011.

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth