# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A IXO, § § | | |
| Plaintiff, § § | | |
| § | Civil Action No. 6:09-cv-333-LED | |
| v. § § | | |
| THOMSON REUTERS CORPORATION, § ET AL. § § § | | |
| Defendants. § | | |

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A IXO, § § | | |
| Plaintiff, § § | | |
| § | Civil Action No. 6:10-cv-247-LED | |
| v. § § | | |
| THOMSON REUTERS CORPORATION, § ET AL. (II), § § | | |
| § | **CONSOLIDATED** | |
| Defendants. § | | |

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A IXO, § § | | |
| Plaintiff, § § | | |
| § | Civil Action No. 6:10-cv-425-LED | |
| v. § § | | |
| THOMSON REUTERS CORPORATION, § ET AL. (III), § § | | |
| § | **CONSOLIDATED** | |
| Defendants. § | | |

## NOTICE OF COMPLIANCE

Defendant Thomson Reuters Corporation hereby notifies the Court that its P.R. 3-3 Disclosures and P.R. 3-4(b) Document Production have been served on all parties on February 4, 2011. These Disclosures address U.S. Patent No. 7,777,651.

Dated: February 9, 2011 Respectfully submitted,

*/s/ R. Floyd Walker*
Constance Huttner (Admitted *pro hac vice*)
Michael S. Davi (Admitted *pro hac vice*)
Craig L. Uhrich (TX Bar No. 24033284)
VINSON & ELKINS LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103
Tel: 212-237-0000
Fax: 212-237-0100
chuttner@velaw.com
mdavi@velaw.com
cuhrich@velaw.com

Willem G. Schuurman (TX Bar No. 17855200)
R. Floyd Walker (TX Bar No. 24044751)
VINSON & ELKINS LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: 512-542-8400
Fax: 512-542-8612
bschuurman@velaw.com
fwalker@velaw.com

Deron R. Dacus (TX Bar No. 00790553)
Ramey & Flock
100 East Ferguson, Suite 500
Tyler, Texas 75702
Tel: 903-597-3301
Fax: 903-597-2413
derond@rameyflock.com

**Counsel for Thomson Reuters Corporation**

## CERTIFICATE OF SERVICE

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 9th day of February, 2011.

                                                   */s/R. Floyd Walker*
                                                   R. Floyd Walker