# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA, LLC d/b/a IXO,<br><br>Plaintiff,<br><br>v.<br><br>THOMSON REUTERS CORP., ET AL.,<br><br>Defendants. | § § § § § § § § § § | Civil Action No. 6:09-cv-333-LED-JDL |
| REALTIME DATA, LLC d/b/a IXO,<br><br>Plaintiff,<br><br>v.<br><br>THOMSON REUTERS CORP., ET AL. (II),<br><br>Defendants. | § § § § § § § § § § § | Civil Action No. 6:10-cv-247-LED-JDL<br><br>**CONSOLIDATED** |
| REALTIME DATA, LLC d/b/a IXO,<br><br>Plaintiff,<br><br>v.<br><br>THOMSON REUTERS CORP., ET AL. (III),<br><br>Defendants. | § § § § § § § § § § § | Civil Action No. 6:10-cv-425-LED-JDL<br><br>**CONSOLIDATED** |

## PENSON AND NEXA'S NOTICE OF COMPLIANCE

Defendants Penson Worldwide, Inc. and Nexa Technologies, Inc. hereby notify the Court that its P.R. 3-3 Disclosures and P.R. 3-4(b) Document Production have been served on all parties on February 4, 2011. These Disclosures address U.S. Patent No. 7,777,651.

Dated: February 14, 2011

Respectfully submitted,

By: */s/ Carl E. Bruce*
Neil J. McNabnay
njm@fr.com
Texas Bar No. 24002583
Carl E. Bruce
ceb@fr.com
Texas Bar No. 24036278
**FISH AND RICHARDSON**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

Counsel for Defendants
**PENSON WORLDWIDE, INC. AND NEXA TECHNOLOGIES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served to all counsel of record via the Court's electronic delivery system this 14th day of February, 2011.

> */s/ Carl E. Bruce*
> Carl E. Bruce