UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A/ IXO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:09-cv-333-LED |
| | ) | |
| vs. | ) | |
| | ) | |
| THOMSON REUTERS, ET AL. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Realtime Data, LLC and Defendants have jointly moved to amend the Docket Control Order governing the above-referenced actions. The Court is of the opinion that the Motion should be granted. Accordingly, it is therefore

ORDERED that the deadline for mediation to be completed is extended from March 18, 2011, to April 29, 2011.

**So ORDERED and SIGNED this 18th day of March, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE