# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA, LLC D/B/A IXO,<br>    Plaintiff,<br><br>    v.<br><br>THOMSON REUTERS CORPORATION,<br>BLOOMBERG, L.P., FACTSET RESEARCH<br>SYSTEMS INC., INTERACTIVE DATA<br>CORPORATION, PENSON WORLDWIDE,<br>INC., and NEXA TECHNOLOGIES, INC.,<br>    Defendants. | Civil Action No. 6:09-cv-333-LED<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
AND FOR TERMINATION OF ELECTRONIC NOTICES**

Having considered Defendant Thomson Reuters Corporation's motion to withdraw and request for termination of electronic notices, the Court hereby **GRANTS** said Motion. It is therefore

**ORDERED** that Craig Uhrich (formerly of Vinson & Elkins L.L.P.) is hereby withdrawn as counsel of record for Defendant Thomson Reuters Corporation.

It is further **ORDERED** that all electronic notifications to Craig Uhrich regarding this matter be hereby terminated.

**So ORDERED and SIGNED this 6th day of May, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE