IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA, LLC d/b/a/ IXO, | § | |
| | § | |
| Plaintiff, | § | No. 6:09cv333 LED-JDL |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| THOMSON REUTERS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Because the Federal Circuit has granted Defendants' Petition for Writ of Mandamus, the Court **STAYS** the above-styled cases until the Federal Circuit's final resolution of the matter. Accordingly, all deadlines under the Docket Control Order, including any discovery, and any pending motions are STAYED until further Order of this Court.

**So ORDERED and SIGNED this 11th day of May, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE