IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA, LLC d/b/a/ IXO,** | § § § | |
| Plaintiff, | § § | No. 6:09cv333 LED-JDL |
| v. | § § | **JURY TRIAL DEMANDED** |
| **THOMSON REUTERS, ET AL.,** | § § § | |
| Defendants. | § § | |
| **REALTIME DATA, LLC d/b/a/ IXO,** | § § § | |
| Plaintiff, | § § | No. 6:10cv247 LED-JDL |
| v. | § § § | **JURY TRIAL DEMANDED** |
| **THOMSON REUTERS, ET AL.,** | § § § | |
| Defendants. | § § | |
| **REALTIME DATA, LLC d/b/a/ IXO,** | § § § | |
| Plaintiff, | § § | No. 6:10cv425 LED-JDL |
| v. | § § § | **JURY TRIAL DEMANDED** |
| **THOMSON REUTERS, ET AL.,** | § § § | |
| Defendants. | § § | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
AND FOR TERMINATION OF ELECTRONIC NOTICES**

Having considered Defendant Interactive Data Corporation's motion to withdraw and request for termination of electronic notices, the Court hereby **GRANTS** said Motion. It is therefore

2433792

**ORDERED** that Mark A. Kressel (formerly of Irell & Manella LLP) is hereby withdrawn as counsel of record for Defendant Interactive Data Corporation.

It is further **ORDERED** that all electronic notifications to Mark A. Kressel regarding this matter be hereby terminated.

**So ORDERED and SIGNED this 20th day of May, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE