# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA. LLC d/b/a IXO,** | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:09cv326 |
| **MORGAN STANLEY, et al.,** | § § § | PATENT CASE |
| Defendants. | § § | |
| **REALTIME DATA. LLC d/b/a IXO,** | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:09cv327 |
| **CME GROUP INC., et al.,** | § § § | PATENT CASE |
| Defendants. | § § | |
| **REALTIME DATA. LLC d/b/a IXO,** | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:09cv333 |
| **THOMSON REUTERS, et al.,** | § § § | PATENT CASE |
| Defendants. | § § | |

## **ORDER**

Before the Court is Realtime Data's Motion for Expedited Briefing of Plaintiff's Motion to Lift the Stay Pending Resolution of Realtime's Petition for Rehearing and Request for Rehearing En Banc (6:09cv326, Doc. No. 349; 6:09cv327, Doc. No. 470; 6:09cv333, Doc. No. 262). Upon

1

consideration of the parties' arguments, the Motion is **DENIED**.

**So ORDERED and SIGNED this 18th day of July, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE